

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2016

No. 04-16-00311-CV

Dennis **PEREZ**,
Appellant

v.

**FOUR S'S, INC.** D/B/A Express Lube #21,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09541
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On September 23, 2016, we granted appellant's second motion for extension of time to file the appellant's brief and ordered appellant to file the appellant's brief by October 12, 2016. Our September 23, 2016 order advised appellant that no further extensions of time would be granted absent a showing of extraordinary circumstances.

Although appellant's brief in this appeal was due October 12, 2016, appellant has not filed the brief or a motion for extension of time. We therefore **order** appellant Dennis Perez to file, **by October 24, 2016,** his appellant's brief and a written response reasonably explaining his failure to file the brief and the extraordinary circumstances necessitating additional time. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court